### PENTECOST *et al.* *v.* ELDER.

BECK, P. J. This case is controlled by the decision made by this court in the case of *McKenney* v. *Cheney*, 118 *Ga.* 387 (5) (45 S. E. 433). In the case of *Coker* v. *Utter*, 152 *Ga.* 158 (108 S. E. 538), this court upon review of the case of *McKenney* v. *Cheney* expressly declined to reverse it, but instead reaffirmed it.

*Judgment affirmed. All the Justices concur, except Russell, C. J., disqualified.*

No. 5410. JULY 13, 1926.

Claim. Before Judge Stark. Barrow superior court. February 5, 1926.

*G. A. Johns,* for plaintiffs in error. *R. B. Russell Jr.,* contra.